PER CURIAM.

(No. 6790)

VITO'S MARKET, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed November 3, 1972.*

VITO'S MARKET, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

111

PER CURIAM.